# CIVIL COVER SHEET

2-07cv-525 DF

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF
KLAUSNER TECHNOLOGIES, INC.

### DEFENDANTS
APPLE INC., AT&T CORP., AT&T MOBILITY LLC, COMCAST CORPORATION, CSC HOLDINGS, INC., EBAY INC., GOTVOICE, INC., AND SIMULSCRIBE, LLC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

S. Calvin Capshaw
Brown McCarroll, L.L.P.
P. O. Box 3999
Longview, Texas 75606-3999
Phone: (903) 236-9800

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault Libel & Slander | 630 Liquor Laws | | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers Liability | 640 R.R. & Truck | PROPERTY RIGHTS | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs | 820 Copyrights | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | x 830 Patent | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 690 Other | 840 Trademark | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | | | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | LABOR | SOCIAL SECURITY | 891 Agricultural Acts |
| 195 Contract Product Liability | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| | PERSONAL INJURY | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 893 Environmental Matters |
| | 362 Personal Injury -- Med. Malpractice | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| | 365 Personal Injury -- Product Liability | 740 Railway Labor Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| | 368 Asbestos Personal Injury Product Liability | 790 Other Labor Litigation | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 791 Empl. Ret. Inc Security Act | FEDERAL TAX SUITS | 950 Constitutionality of State Statutes |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 890 Other Statutory Actions |
| 220 Foreclosure | 442 Employment | HABEAS CORPUS: | | 871 IRS -- Third Party 26 USC 7609 | |
| 230 Rent Lease & Ejectment | 443 Housing Accommodations | 530 General | | | |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | | |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge From Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
35 U.S. § 271 -- Patent Infringement

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER FR.C.P. 23

DEMAND Injunction and Demand CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  NO

## VII. RELATED CASE(S) (See Instructions):
IF ANY C.A. 2:06-cv-275 (LED/JDL); Klausner Technologies, Inc. v. Vonage Holdings Corp., et al; In the United States District Court for the Eastern District of Texas Marshall Division

DATE December 3 2007
SIGNATURE OF ATTORNEY OF RECORD /s/ Calvin Capshaw

FOR OFFICE USE ONLY  RECEIPT # _____ AMOUNT _____ APPLYING IFP _____
JUDGE _____ MAG. JUDGE _____