**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **KLAUSNER TECHNOLOGIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:07-CV-525-DF** |
| **APPLE, INC., and AT&T CORP., and** | § | |
| **AT&T MOBILITY LLC, and COMCAST** | § | |
| **CORPORATION, and EBAY, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**O R D E R**

The Court hereby **TRANSFERS** the above captioned case to the docket of the Honorable

Leonard Davis in the Eastern District of Texas, Tyler Division.

**IT IS SO ORDERED**.

**SIGNED this 10th day of April, 2008.**

_____

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE