## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Apple Inc., a California corporation; AT&T Corp., a New York corporation; AT&T Mobility LLC, a Delaware limited liability company; Comcast Corporation, a Pennsylvania corporation; CSC Holdings, Inc., a Delaware corporation; eBay Inc., a Delaware corporation; GotVoice, Inc., a Washington corporation; Simulscribe, LLC, a Delaware limited liability company;<br><br>    Defendants. | CASE NO. 2:07-cv-525 (DF)<br><br>Demand for Jury Trial. |

## ORDER

Came on for consideration the Agreed Motion for Extension of Time for Plaintiff Klausner Technologies, Inc. to file its Responses to Counterclaims filed by Apple Inc., AT&T Corp. and AT&T Mobility LLC and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Agreed Motion for Extension of Time for Plaintiff Klausner Technologies, Inc. to file its Responses to Counterclaims filed by Apple Inc., AT&T Corp. and AT&T Mobility LLC is GRANTED and the deadline for Plaintiff Klausner Technologies, Inc. to file its Responses to Counterclaims filed by Apple Inc., AT&T Corp. and AT&T Mobility LLC is extended to May 5, 2008.

**So ORDERED and SIGNED this 21st day of April, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**